[No. 18148-7-II.    Division Two.    January 4, 1995.]

THE STATE OF WASHINGTON, *Appellant*, v. KELLEE CREIGHTON WEGENER, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 92-1-00139-0, Edwin L. Poyfair, J., entered March 23, 1994. *Reversed* and *remanded* by unpublished opinion per Morgan, J., concurred in by Houghton, A.C.J., and Alexander, J.

[No. 15610-5-II.    Division Two.    January 6, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. GORDON A. FILLBACH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-1-02354-1, E. Albert Morrison, J., entered November 25, 1991. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Morgan, J., and Worswick, J. Pro Tem.

[No. 18021-9-II.    Division Two.    January 6, 1995.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*, v. KEITH A. SHAUGER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-10845-9, Brian M. Tollefson, J., entered January 25, 1994. *Reversed* and *remanded* by unpublished opinion per Houghton, A.C.J., concurred in by Alexander and Morgan, JJ.

[No. 32273-7-I.    Division One.    January 9, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. SANG K. HUNH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-06687-1, James A. Noe, J., entered February 1, 1993. *Dismissed* by unpublished per curiam opinion.